United States District Court
Southern District of Texas
**ENTERED**
January 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES GASKILL., § | |
| § | |
| *Plaintiff,* § | |
| VS. § | CIVIL ACTION NO. 4:24-cv-1111 |
| § | |
| FIRMSO LLC, § | |
| § | |
| *Defendant.* § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Motion for Default Judgment. ECF No. 10. The Motion was referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. ECF No. 11. On January 3rd, 2024, Judge Palermo issued a Report and Recommendation, GRANTING Plaintiff's Motion. ECF No. 16. The deadline for filing objections passed on January 17th, 2024, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Plaintiff's Motion for Default Judgment **GRANTED**. Default judgment shall be entered against Defendant and damages are awarded in the following amounts: $164.767.11 in actual damages; $164,767.11 in liquidated damages, $60,000.00 in attorney's fees, $250.00 in court costs, and 4.16% in post-judgment interest.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on this the 24th of January, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE